

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-13-00816-CV

**IN THE INTEREST OF A.M.L., A CHILD,**

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-11-21526-CV
Honorable Thomas F. Lee, Judge Presiding

## O R D E R

This is an accelerated appeal. Although it appeared the appellate record was complete on January 29, 2014, an additional volume of reporter's record was filed February 10, 2014. Accordingly, it originally appeared as though appellant's brief was due February 18, 2014, but because the record was not complete until February 10, 2014, appellant's was not due until February 20, 2014. Appellant has filed an extension of time to file the brief, asking until March 17, 2014. We **GRANT** appellant's motion and **ORDER** appellant to file appellant's brief until March 17, 2014. **Appellant is advised that no further extensions will be granted absent written proof of extraordinary circumstances.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court